UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA C. BRANT,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>       Defendant. | No.   CV-11-184-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. Defendant's Motion for Summary Judgment is **DENIED**. The decision of the Commissioner denying benefits is **REVERSED** and **REMANDED** to the ALJ for further proceedings consistent with the Order. Judgment is entered for Plaintiff.

DATED: March 5, 2013

Sandlinlaw@msn.com

SEAN F. McAVOY
Clerk of Court

By: *s/Linda Emerson*

1 | **JUDGMENT IN A CIVIL CASE**

Deputy Clerk

2 | **JUDGMENT IN A CIVIL CASE**